RECEIVED
JAN 24 2022
DEBORAH S. HUNT, Clerk

Motion to Seal

I asked the courts to seal my Appeal because of my assistance to the Government it would put me in danger.

Sincerely,
Brad Bradley

Brad Bradley #67244000
Federal Correctional Institute Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
21 JAN 2022 PM 5 L

Legal Mail
RECEIVED
JAN 24 2022
DEBORAH S. HUNT, Clerk
45202-398099

Attention, Robin Baker
Office of Clerk
United States Court of Appeals
100 E, Fifth Street, Room 540
Cincinnati, OHIO 45202-3988