# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 22, 2022

Mr. Brad Lewis Bradley
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

Re: Case No. 20-4334, *USA v. Brad Bradley*
    Originating Case No. 5:19-cr-00742-1

Dear Mr. Bradley,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Matthew B. Kall

Enclosure