**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 29, 2022

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

Re: Case No. 20-4334, *USA v. Brad Bradley*
Originating Case No. : 5:19-cr-00742-1

Dear Ms. Opacich,

  Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Divya Kumar
For Robin Baker, Case Manager

cc: Brad Lewis Bradley
    Mr. Matthew B. Kall

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-4334

_____

Filed: June 29, 2022

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRAD LEWIS BRADLEY

    Defendant - Appellant

## MANDATE

    Pursuant to the court's disposition that was filed 01/13/2022 the mandate for this case hereby issues today.

COSTS: None